IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., <br><br> Plaintiff, <br><br> v. <br><br> FNX LIMITED, FARID NAIB, and DOES 1-20 <br><br> Defendants. | No. C 07-01298 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

This matter is set for a hearing on April 27, 2007 at 9:00 a.m. on the motion to dismiss filed by Defendants FNX Limited and Farid Naib ("Defendants"). Plaintiff's opposition brief to the motion shall be filed by no later than Wednesday, March 28, 2007 and a reply brief, if any, shall be filed by no later than Wednesday, April 4, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 14, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2