H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
FNX LIMITED and FARID NAIB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P. a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>FNX LIMITED, a Pennsylvania corporation, FARID NAIB, an individual, and DOES 1-10,<br><br>Defendants. | Case No. C 07-01298 JSW<br><br>ORDER DENYING STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS<br><br>Judge: Honorable Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  The parties have met and conferred and stipulate to modify the briefing schedule
2  set out in the Court's March 14, 2007 Order. Defendants' motion to dismiss is set for
3  hearing on April 27, 2007, at 9:00 a.m. Pursuant to the Court's March 14, 2007 Order, the
4  deadline for Plaintiff to file its opposition is March 28, 2007, and the deadline for
5  Defendants to file a reply is April 4, 2007.
6  In order to accommodate the schedules of counsel for Defendants and Plaintiff,
7  counsel agree and stipulate to extend the deadline for Plaintiff to file its opposition to
8  March 30, 2007, and the deadline for Defendants to file their reply to April 11, 2007.

9  Dated: March 20, 2007                KIRKPATRICK & LOCKHART
                                         PRESTON GATES ELLIS LLP
                                         MATTHEW G. BALL

                                         By: _____
                                             MATTHEW G. BALL
                                             Attorneys for Plaintiff
                                             FINANCIAL TECHNOLOGY
                                             PARTNERS L.P.

   Dated: March 20, 2007                 DECHERT LLP
                                         H. JOSEPH ESCHER III

                                         By: _____
                                             H. JOSEPH ESCHER III
                                             Attorneys for Defendants
                                             FNX LIMITED and FARID NAIB

                         [PROPOSED] ORDER

The Court DENIES the stipulated request to modify the briefing schedule.
This Order is without prejudice to the parties submitting another stipulation upon
a showing of good cause.

~~For good cause shown, Plaintiff's opposition to Defendants' motion to dismiss
shall be filed no later than Friday, March 30, 2007, and Defendants' Reply shall be filed
no later than Wednesday, April 11, 2007.~~

   IT IS SO ORDERED
Dated: March 22, 2007

                                         _____
                                         HON. JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO                          - 1 -
                  ~~STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE~~