1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  DECHERT LLP
   One Maritime Plaza
3  Suite 2300
   San Francisco, California 94111-3513
4  Telephone: 415.262.4500
   Facsimile: 415.262.4555
5
   Attorneys for Defendants
6  FNX LIMITED and FARID NAIB

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | FINANCIAL TECHNOLOGY            | Case No. C 07-01298 JSW
   | PARTNERS L.P. a Delaware Limited|
13 | Partnership,                    | STIPULATION AND [PROPOSED]
   |                                 | ORDER CHANGING HEARING
14 |        Plaintiff,               | DATE FOR MOTION TO DISMISS
15 | v.                              | Judge: Honorable Jeffrey S. White
16 | FNX LIMITED, a Pennsylvania     |
   | corporation, FARID NAIB, an individual, |
17 | and DOES 1-10,                  |
18 |        Defendants.              |

19
20
21
22
23
24
25
26
27
28

The parties have met and conferred and stipulate to change the date for hearing on Defendants' motion to dismiss. Defendants' motion to dismiss is set for hearing on April 27, 2007, at 9:00 a.m. Counsel for Defendants is currently in trial in the case of *Whiteley v. R. J. Reynolds Tobacco Company*, No. 303184, in San Francisco Superior Court. Trial proceedings are taking longer than expected, and it is likely that counsel for Defendants will still be in trial on April 27, 2007. In order to accommodate the schedules of counsel for Defendants and Plaintiff, counsel agree and stipulate to change the hearing date for the motion to dismiss to either May 4, 2007 or May 11, 2007, which ever is more convenient for the Court and its staff.

Dated: April 24, 2007

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
MATTHEW G. BALL

By: _____
MATTHEW G. BALL
Attorneys for Plaintiff
FINANCIAL TECHNOLOGY
PARTNERS L.P.

Dated: April 24, 2007

DECHERT LLP
H. JOSEPH ESCHER III

By: _____
H. JOSEPH ESCHER III
Attorneys for Defendants
FNX LIMITED and FARID NAIB

[PROPOSED] ORDER

For good cause shown, the hearing on the motion to dismiss shall be set for hearing on ~~May~~ June 22, 2007 at 9:00 a.m.

Dated: April 25, 2007

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -
STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE FOR MOTION TO DISMISS