Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:     415.882.8200
Facsimile:      415.882.8220

Attorneys for Financial Technology Partners L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FNX LIMITED, a Pennsylvania Corporation, FARID NAIB, an individual, and Does 1-10,<br><br>Defendants. | Case No. C 07 1298 JWS<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE FOR MOTION TO DISMISS**<br><br>Judge:  Jeffrey S. White |

Pursuant to the previous stipulation of the parties, on Thursday, April 26, 2007, this Court reset the hearing on Defendants' Motion to Dismiss from April 27, 2007, to June 22, 2007. Unfortunately, Plaintiff's counsel did not anticipate that the Court would reschedule the hearing for June 22, 2007, and Plaintiff's counsel has a previously scheduled arbitration hearing on that date. Accordingly, the parties have met and conferred, and now respectfully request that the Court reschedule the hearing on the Motion to Dismiss to the next most convenient date for the Court and its staff, either preceding or subsequent to the currently set June 22, 2007 hearing date.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: April 30, 2007        By: _____/s/_____
                                  Matthew G. Ball

                             Attorneys for Plaintiff Financial Technology Partners L.P.

DECHERT LLP

Dated: April 30, 2007        By: _____
                                  H. Joseph Escher III

                             Attorneys for Defendants FNX LIMITED and FARID NAIB

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE FOR MOTION TO DISMISS

- 3 -

**[PROPOSED] ORDER**

For good cause shown, the hearing on the motion to dismiss shall be set for hearing on _____June 29___, 2007 at 9:00 a.m.

Dated: ___May 7___, 2007

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE