1 Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
2 **KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
3 55 Second Street, Suite 1700
San Francisco, CA 94105
4 Telephone: 415.882.8200
Facsimile: 415.882.8220
5
6
Attorneys for Financial Technology Partners L.P.
7
8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FNX LIMITED, a Pennsylvania Corporation, FARID NAIB, an individual, and Does 1-10,<br><br>Defendants. | Case No. C 07 1298 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: **June 29, 2007**<br><br>Current CMC Time: **1:30 p.m.**<br><br>Judge: Jeffrey S. White |

SF-131512 v1

---

STIPULATION AND [PROPOSED] ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE
CASE NO.: C 07 1298 JSW

On Wednesday, June 27, 2007, as part of its Order denying Defendants' Motion to Dismiss, this Court reset the Case Management Conference from June 29, 2007, at 9 a.m. or immediately following the hearing on the Motion to Dismiss, until 1:30 p.m. that afternoon. Unfortunately, Plaintiff's counsel had long-standing plans to leave for a previously scheduled vacation directly after the hearing. Additionally, the new 1:30 p.m. hearing time potentially interferes with Defendants' counsel travel plans as well, due to a scheduled mid-afternoon flight. Accordingly, the parties have met and conferred, and now respectfully request that the Court reschedule Case Management Conference to July 6, 2007, or the next most convenient date for the Court and its staff.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

Dated: June 28, 2007     By:  /s/
                              Matthew G. Ball

                              Attorneys for Plaintiff Financial Technology
                              Partners L.P.


DECHERT LLP

Dated: June 28, 2007     By:  /s/
                              H. Joseph Escher III

                              Attorneys for Defendants FNX LIMITED
                              and FARID NAIB

2

STIPULATION AND [PROPOSED] ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE
CASE NO.: C 07 1298 JSW

**[PROPOSED] ORDER**

For good cause shown, the Case Management Conference shall be set for hearing on _July 6_, 2007 at 1:30 p.m.

Dated: _June 28_, 2007

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 3 –
STIPULATION AND [PROPOSED] ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE
CASE NO.: C 07 1298 JSW