Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:    415.882.8200
Facsimile:    415.882.8220

Attorneys for Financial Technology Partners L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FNX LIMITED, a Pennsylvania Corporation, FARID NAIB, an individual, and Does 1-10,<br><br>Defendants. | Case No. C 07 1298 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED COMPLAINT**<br><br>Judge: Jeffrey S. White |

SF-136143 v1

1  Plaintiff Financial Technology Partners, L.P. and Defendants FNX Limited and Farid
2  Naib hereby stipulate as follows:
3  (1) Plaintiff Financial Technology Partners may file the Second Amended Complaint,
4  attached hereto as Exhibit "A."
5  (2) The Second Amended Complaint will be deemed served on Defendants as of the day
6  that the Court signs the Proposed Order, below.

(3) Defendants will have 11 days from notice that the Court has entered the Proposed Order, below, to file and serve their Answer to the Second Amended Complaint.

SO STIPULATED:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: July 18, 2007     By: _____/s/_____
                             Matthew G. Ball

Attorneys for Plaintiff Financial Technology Partners L.P.


DECHERT LLP

Dated: July 18, 2007     By: _____/s/_____
                             H. Joseph Escher III

Attorneys for Defendants FNX LIMITED and FARID NAIB


[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23 , 2007    _____/s/ Jeffrey S. White_____
                         HON. JEFFREY S. WHITE
                         UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE
CASE NO.: C 07 1298 JSW