UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Financial Technology Partners L.P., a
Delaware Limited Partnership

CASE NO. C 07 1298 JWS

Plaintiff(s),

v.

FNX Limited, a Pennsylvania Corporation,
Farid Naib, an individual, and Does 1-10

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　Non-binding Arbitration (ADR L.R. 4)
　　Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　　Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
　　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓　other requested deadline  The cut-off for percipient witness discovery

Dated: May 25, 2007　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 25, 2007　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ~~Non-binding Arbitration~~
- ~~Early Neutral Evaluation (ENE)~~
- Mediation
- ~~Private ADR~~

Deadline for ADR session
- ~~90 days from the date of this order~~.
- ~~other~~

Per the parties' stipulation dated September 10, 2007 and this Court's minute order of July 6, 2007, November 9, 2007.

IT IS SO ORDERED.

Dated: September 11, 2007

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District