1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  DECHERT LLP
   One Maritime Plaza
3  Suite 2300
   San Francisco, California 94111-3513
4  Telephone:  415.262.4500
   Facsimile:   415.262.4555
5
   Attorneys for Defendants
6  FNX LIMITED and FARID NAIB

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P. a Delaware Limited Partnership, | Case No. C 07-01298 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME WITHIN WHICH TO COMPLETE COURT-CONNECTED MEDIATION |
| v. | |
| FNX LIMITED, a Pennsylvania corporation, FARID NAIB, an individual, and DOES 1-10, | Judge: Honorable Jeffrey S. White |
| Defendants. | |

1  Pursuant to the Court's July 6, 2007 order, the parties were ordered to complete
2  Court-connected mediation by October 9, 2007. The parties have met and conferred and
3  stipulate to extend the time within which to complete mediation. The parties were unable
4  to schedule a date for mediation prior to October 9, 2007 because of an extended business
5  trip by defendant Farid Naib and plaintiff's counsel's pre-existing vacation plans. The
6  parties are currently making arrangements to conduct mediation on October 30, 2007.
7  The Alternative Dispute Resolution department ("ADR department") has informed the
8  parties that the Court has not yet signed the Stipulation and [Proposed] Order Selecting
9  ADR Process that was filed on May 25, 2007, and that a a signed copy of that Order is
10 necessary to schedule a mediation and obtain a mediator through the ADR department.
11 The parties remain optimistic that mediation will resolve this dispute and stipulate and
12 respectfully request that the Court extend the deadline within which to complete
13 mediation by one month, to November 9, 2007.

28 / / /

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME WITHIN WHICH TO COMPLETE MEDIATION

The parties also stipulate and respectfully request that the case management conference currently scheduled for October 26, 2007 be rescheduled to November 30, 2007 or as soon thereafter as may convenient for the Court.

Dated: September 10, 2007
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
MATTHEW G. BALL

By: _____/s/_____
MATTHEW G. BALL
Attorneys for Plaintiff
FINANCIAL TECHNOLOGY PARTNERS L.P.

Dated: September 10, 2007
DECHERT LLP
H. JOSEPH ESCHER III

By: _____/s/_____
H. JOSEPH ESCHER III
Attorneys for Defendants
FNX LIMITED and FARID NAIB

## [PROPOSED] ORDER

For good cause shown, the parties shall complete Court-connected mediation by November 9, 2007.

A further case management conference is ordered on December 7, 2007 at 1:30 p.m.

Dated: September 11, 2007

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The parties' joint supplemental case management statement and joint discovery plan shall be due on November 30, 2007.