1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  **KIRKPATRICK & LOCKHART**
   **PRESTON GATES ELLIS LLP**
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Telephone: 415.882.8200
5  Facsimile: 415.882.8220
6
7  Attorneys for Financial Technology Partners L.P.
8                       UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11 FINANCIAL TECHNOLOGY PARTNERS L.P.,     Case No. C 07 1298 JSW
   a Delaware Limited Partnership,
12                                          **STIPULATION AND [~~PROPOSED~~] ORDER
                   Plaintiff,                ~~ALLOWING COUNSEL FOR PLAINTIFF~~
13                                           ~~FINANCIAL TECHNOLOGY PARTNERS~~
           vs.                               ~~L.P. TO ATTEND THE CASE~~
14                                           ~~MANAGEMENT CONFERENCE~~
15 FNX LIMITED, a Pennsylvania Corporation, ~~TELEPHONICALLY OR IN THE~~
   FARID NAIB, an individual, and Does 1-10,~~ALTERNATIVE~~ FOR A CONTINUANCE OF
16                                           THE CASE MANAGEMENT CONFERENCE**
                   Defendants.
17                                          **Current CMC Date: December 7, 2007**
18                                          **Current CMC Time: 1:30 p.m.**
19
20                                          Judge: Jeffrey S. White
21
22
23
24
25
26
27
28

SF-143732 v1

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO.: C 07 1298 JSW

On September 11, 2007, the Court ordered a further case management conference to be held on December 7, 2007 at 1:30 p.m. Due to a scheduling conflict, counsel for Plaintiff will be traveling and therefore unavailable to physically attend the Case Management Conference on this date. Counsel for Plaintiff has conferred with counsel for Defendants and counsel for Defendants do not object to allowing counsel for Plaintiff to appear telephonically. Accordingly, the parties respectfully request that the Court allow counsel for Plaintiff to telephonically appear at the Case Management Conference, scheduled for December 7, 2007, at 1:30 p.m. In the alternative, the parties respectfully request that the Case Management Conference be reset for the next most convenient date for the Court and its staff, excepting December 28, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: November 26, 2007    By: /s/ Matthew G. Ball
Matthew G. Ball

Attorneys for Plaintiff Financial Technology Partners L.P.

DECHERT LLP

Dated: November 26, 2007    By: /s/ Christopher Burdett
H. Joseph Escher III
Christopher Burdett

Attorneys for Defendants FNX LIMITED and FARID NAIB

## [~~PROPOSED~~] ORDER

For good cause shown,

~~_____ Plaintiff may appear telephonically at the Case Management Conference scheduled for December 7, 2007 at 1:30 p.m.~~

_____ The Case Management Conference scheduled for December 7, 2007 is continued until  December 14, 2007 at 1:30 pm.

Dated:   November 26    , 2007          _____
                                         HON. JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO.: C 07 1298 JSW