H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
D. CHRISTOPHER BURDETT (No. 230342)
cburdett@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
FNX LIMITED and FARID NAIB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P. a Delaware Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FNX LIMITED, a Pennsylvania corporation, FARID NAIB, an individual, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. C 07-01298 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME WITHIN WHICH TO COMPLETE COURT-CONNECTED MEDIATION<br><br>Judge: Honorable Jeffrey S. White |

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME WITHIN WHICH TO COMPLETE MEDIATION

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to the Court's December 14, 2007 order, the parties were ordered to complete a second round of mediation by May 30, 2008. The parties were unable to schedule a date for mediation prior to May 31, 2008 because of the parties' need to conduct depositions prior to continuing mediation and scheduling conflicts between the parties and the mediator. The mediator has informed the parties that he is generally available the month of August, 2008 and the parties are currently making arrangements to conduct mediation during that month. The parties remain optimistic that mediation will resolve this dispute and stipulate and respectfully request that the Court extend the deadline within which to complete mediation to September 5, 2008.

Dated: May 30, 2008

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
MATTHEW G. BALL

By: /s/
MATTHEW G. BALL
Attorneys for Plaintiff
FINANCIAL TECHNOLOGY PARTNERS L.P.

Dated: May 30, 2008

DECHERT LLP
H. JOSEPH ESCHER III

By: /s/
H. JOSEPH ESCHER III
Attorneys for Defendants
FNX LIMITED and FARID NAIB

**[PROPOSED] ORDER**

For good cause shown, the parties shall complete a second session of mediation by September 5, 2008.

Dated: June 2, 2008

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME WITHIN WHICH TO COMPLETE MEDIATION