Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**K&L GATES LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:    415.882.8200
Facsimile:     415.882.8220

Attorneys for Financial Technology Partners L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FNX LIMITED, a Pennsylvania Corporation, FARID NAIB, an individual, and Does 1-10,<br><br>Defendants. | Case No. C 07 1298 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME WITHIN WHICH TO COMPLETE COURT-CONNECTED MEDIATION**<br><br>Judge:  Honorable Jeffrey S. White |

1  Pursuant to this Court's June 2, 2008 order, the parties were ordered to complete a second round of mediation by September 5, 2008. The parties were unable to schedule a date for mediation prior to September 5, 2008 because of the parties' need to conduct depositions prior to continuing mediation and scheduling conflicts between the parties and the mediator. The parties have scheduled a further mediation session for October 6, 2008.

Before the June 2, 2008 order, the parties previously stipulated to an extension of time for completing court-connected mediation on September 10, 2007.

The parties remain optimistic that mediation will resolve this dispute and stipulate and respectfully request that the Court extend the deadline within which to complete mediation to October 31, 2008.

K&L GATES LLP

Dated: September 2, 2008       By:   /s/ Matthew G. Ball
                                     Matthew G. Ball
                                     matthew.ball@klgates.com
                                     Attorneys for Plaintiff Financial Technology
                                     Partners L.P.


DECHERT LLP

Dated: September 2, 2008       By:   /s/ Christopher Burdett
                                     Christopher Burdett
                                     christopher.burdett@dechert.com
                                     Attorneys for Defendants FNX LIMITED
                                     and FARID NAIB

[PROPOSED] ORDER

For good cause shown, the parties shall complete a second session of mediation by October 31, 2008.

Dated: September 3, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE