H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
D. CHRISTOPHER BURDETT (No. 230342)
cburdett@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
FNX LIMITED and FARID NAIB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P. a Delaware Limited Partnership,<br><br>            Plaintiff,<br><br>v.<br><br>FNX LIMITED, a Pennsylvania corporation, FARID NAIB, an individual, and DOES 1-10,<br><br>            Defendants. | Case No. C 07-01298 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE FOR DISPOSITIVE MOTIONS AND CASE MANANGEMENT CONFERENCE<br><br>Judge: Honorable Jeffrey S. White |

Pursuant to the Court's June 2, 2008 order, the parties were ordered to complete a second round of mediation by September 5, 2008. Although the parties scheduled a further mediation session for October 6, 2008, plaintiff FT Partners needed to cancel due to a scheduling error.

The parties are hopeful that mediation will resolve this dispute and have scheduled a second mediation for October 20, 2008. In order to avoid filing motions for summary judgment in advance of the mediation (and incurring potentially unnecessary expense), the parties respectfully request that the Court reschedule the hearing for dispositive motions sand the case management conference, currently scheduled for November 14, 2008, to December 8, 2008, or as soon thereafter as is convenient for the Court.

Dated: October 7, 2008      K&L GATES LLP

By: /s/
   Matthew G. Ball
   Attorneys for Plaintiff
   FINANCIAL TECHNOLOGY
   PARTNERS L.P.

Dated: October 7, 2008      DECHERT LLP

By: /s/
   Christopher Burdett
   Attorneys for Defendants
   FNX LIMITED and FARID NAIB

### [PROPOSED] ORDER

For good cause shown, the hearing for dispositive motions and the case management conference shall be set for hearing on  December 19 , 2008 at  9:00 am.

Dated: October 8, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE FOR DISPOSITIVE MOTIONS/CMC

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO