United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL TECHNOLOGY PARTNERS L.P.,

        Plaintiff,

  v.

FNX LIMITED, FARID NAIB, and DOES 1-20

        Defendants.

_____/

No. C 07-01298 JSW

**ORDER CONTINUING DATES**

     The Court HEREBY VACATES the case management conference currently scheduled for December 19, 2008, as well as the pretrial conference and trial.  By no later than January 2, 2009, Plaintiff shall file a motion regarding whether the trial in this matter should be a jury or a bench trial.  The Court shall reset the trial and pretrial conference in the order resolving the motion regarding the trial.  Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, within ninety days.  If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

     **IT IS SO ORDERED.**

Dated: December 16, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE