

One Maritime Plaza
Suite 2300
San Francisco, CA 94111-3513
+1 415 262 4500 Main
+1 415 262 4555 Fax
www.dechert.com

**CHRIS BURDETT**

christopher.burdett@dechert.com
+1 (415) 262-4576 Direct

February 11, 2009

**VIA ELECTRONIC FILING**

Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, California 94102

Re: <u>Financial Technology Partners v. FNX</u>
    Case No. C-07-1298 JSW (JL)

Dear Judge Larson:

This case was referred to this Court for a settlement conference scheduled to take place on Friday, March 27, 2009 at 10:00 a.m. The parties have agreed to continue the settlement conference to April 21, 2009 at 10:00 a.m. in order to accommodate a pre-existing commitment in defendants' schedule. Counsel for defendants has confirmed that this date is available for this Court and is e-filing this letter at the request of the clerk.

Respectfully submitted,

    /S/
Chris Burdett
Attorneys for Defendants


CB:cab
cc: Matthew Ball
    Honorable Jeffrey S. White

*IT IS SO ORDERED*
*Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

US Austin Boston Charlotte Hartford New York Newport Beach Philadelphia Princeton San Francisco Silicon Valley Washington DC
EUROPE Brussels London Luxembourg Munich Paris ASIA Beijing Hong Kong