1
2
3
4        UNITED STATES  DISTRICT COURT
5           Northern District of California
6

7  FINANCIAL TECHNOLOGY PARTNERS LP,
8                                                    No. C-07-1298 JSW (MEJ)
              Plaintiff(s),
9      v.                                            NOTICE AND ORDER SCHEDULING
                                                     SETTLEMENT CONFERENCE
10 FNX  LIMITED, et al.,
11            Defendant(s).
   _____/
12
13
14       PLEASE TAKE NOTICE that this case has been  scheduled for a Settlement Conference
before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **June
15
24, 2009,  at 10:00 a.m.  in Judge James' CHAMBERS**, located at the Federal Building, 450
16
Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **The parties shall immediately
17
notify the Court if this matter settles or is dismissed before the settlement conference date.** On
18
the date of the settlement conference, counsel and parties shall use the telephone adjacent to
19
chambers' security entrance to notify the Court of their arrival.
20
         Settlement Conference statements shall be submitted in accordance with Magistrate Judge
21
James' STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of
22
which may be obtained from the Northern District of California's website at
23
http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,
24
then choose Magistrate Judge James.
25
         When filing papers that require the Court to take any action (e.g. motions, calendaring issues,
26
administrative requests or a request to be excused from attendance), the parties shall, in addition to
27
filing papers electronically, lodge with chambers a printed copy of the papers by the close of the
28
next court day following the day the papers are filed electronically.  These printed copies shall be

1  marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly
2  marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file
3  a paper copy of any document with the Clerk's Office that has already been filed electronically.
4  **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**
5  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any
6  questions.
7  **IT IS SO ORDERED.**

9  Dated: June 5, 2009

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California