UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL TECHNOLOGY      Case No. C-07-1298 JSW

      Plaintiff(s),

  v.      **JURY REFRESHMENT ORDER**

FNX LIMITED,

      Defendant(s).
_____/

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the *Deluxe Continental Breakfast* for the 8 members of the jury in the above-entitled matter beginning **Monday, July 6, 2009,** for the duration of the trial, at the expense of the United States. The trial will be held Monday through Thursday, in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room behind Courtroom 11 by no later than 7:20 a.m. each day and will be cleaned up by no later than 2:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: June 29, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE