1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  Ramiz I. Rafeedie (SBN 215070)
3  Ramiz.Rafeedie@klgates.com
   **K&L GATES LLP**
4  Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
5  Telephone:    415.882.8200
6  Facsimile:    415.882.8220

7  Attorneys for Financial Technology Partners L.P.

8
9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 FINANCIAL TECHNOLOGY PARTNERS L.P.,        Case No.  C 07 1298 JSW
   a Delaware Limited Partnership,
13
14              Plaintiff,                     **STIPULATION AND [PROPOSED]
                                               ORDER ALLOWING EQUIPMENT
15        vs.                                  INTO COURTHOUSE**

16 FNX LIMITED, a Pennsylvania Corporation,    Trial Date:    July 6, 2009
   FARID NAIB, an individual, and Does 1-10,   Time:          8:00 a.m.
17                                             Judge:         Hon. Jeffrey White
18              Defendants.

19

20

21

22

23

24

25

26

27

28

SF-185889 v1

1    Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases

2 before the Honorable Jeffrey S. White, the parties hereby stipulate to allowing the following

3 equipment into Courtroom 11 for trial:

4    1.    Projector, stand and screen;

5    2.    Document camera, stand;

6    3.    Powered audio speaker, stand;

7    4.    VGA switches, distribution amps;

8    5.    Technician monitor

9    6.    Attorney monitors;

10    7.    VGA and audio cabling, AC power;

11    8.    Technician table

12    9.    Technician laptop equipment.

13

14    **IT IS SO STIPULATED.**

15

16                                        K&L GATES LLP

17

18
Dated:  June 25, 2009                    By:    Matthew G. Ball /s/
19                                               _____
                                                 Matthew G. Ball (SBN 208881)
20                                               matthew.ball@klgates.com
                                                 Ramiz I. Rafeedie (SBN 215070)
21                                               ramiz.rafeedie@klgates.com

22                                               Attorneys for Plaintiff Financial Technology
                                                 Partners L.P.

23

24

25

26

27

DECHERT LLP

Dated: June 26, 2009                  By: H. Joseph Escher III /s/
                                          _____
                                          H. Joseph Escher III
                                          Attorneys for Defendants FNX LIMITED
                                          and FARID NAIB

      Good cause appearing therefor, the Court allows the equipment listed above to be allowed into its courtroom.

      **IT IS SO ORDERED.**

Dated: __ June 30, 2009

_____
HON. JEFFREY S. WHITE

STIP AND [~~PROPOSED~~] ORDER ALLOWING EQUIPMENT INTO COURTHOUSE
Case No. C 07 1298 JSW