1 | Matthew G. Ball (SBN 208881)
2 | Matthew.Ball@klgates.com
  | Ramiz I. Rafeedie (SBN 215070)
3 | Ramiz.Rafeedie@klgates.com
  | **K&L GATES LLP**
4 | Four Embarcadero Center, Suite 1200
5 | San Francisco, CA 94111
  | Telephone:    415.882.8200
6 | Facsimile:    415.882.8220

7 | Attorneys for Financial Technology Partners L.P.

8

9 |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11

| FINANCIAL TECHNOLOGY PARTNERS L.P., a Delaware Limited Partnership, | Case No. C 07 1298 JSW |
|---|---|
| Plaintiff, | **JOINT TRIAL EXHIBIT LIST** |
| vs. | Trial Date:    July 6, 2009 |
| FNX LIMITED, a Pennsylvania Corporation, FARID NAIB, an individual, and Does 1-10, | |
| Defendants. | |

SF-187687 v1

1 | Please find attached hereto as Exhibit A the parties' Joint Exhibit List.

**K&L GATES LLP**

Dated: July 2, 2009      By: Ramiz I. Rafeedie /s/
Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Ramiz I. Rafeedie (SBN 215070)
ramiz.rafeedie@klgates.com

Attorneys for Plaintiff Financial Technology Partners L.P.