# EXHIBIT A

**Financial Technology Partners LP v. FNX**
**Case No. C 07 1298 JSW**
**Joint Trial Exhibit List**

| Joint Trial Exhibit No. | Date Offered into Evidence | Date Received into Evidence | Limitations on Use | Exhibit Description | Exhibit Date | Deposition Ex. No. | Bates Number |
|---|---|---|---|---|---|---|---|
| 1 | | | | Email to fnaid@fnx.com, pbell@fnx.com; copied to steve.mclaughlin@ftpartners.com from Steve McLaughlin attaching FNX Engagement Letter | 9/12/2002 | 1 | FNX 00005-10 |
| 3 | | | | Email to Philip Bell; copied to Farid Naib from Farid Naib re FT Partners/FNX Engagement Letter | 9/13/2002 | 3 | FNX 00013-14 |
| 4 | | | | Email to Farid Naib from Philip Bell attaching the summary of terms from bankers | 9/16/2002 | 4 | FNX 00018-19 |
| 5 | | | | Email to pbell@fnx.com; copied to fnaib@fnx.com from Steve McLaughlin regarding revisions to the FTP/FNX engagement letter | 9/17/2002 | 5 | FNX 00020 |
| 6 | | | | Email to Philip Bell; copied to Tim Wolfe from Steve McLaughlin referencing emails not properly transmitted and engagement letter reflecting changes discussed. | 9/20/2002 | 6 | FT PARTNERS 69602 |
| 7 | | | | Endorsed Engagement Letter to Farid Naib from Financial Technology Partners LLC | 9/12/2002 | 7 | FT PARTNERS 00389-93 |

| 8 | | | | Email to pbell@fnx.com; copied to fnaib@fnx.com from Steve McLaughlin regarding Fee Stuff | 12/25/2003 | 8 | FT PARTNERS 04673-8 |
|---|---|---|---|---|---|---|---|
| 9 | | | | Email to Steve McLaughlin; copied to Philip Bell from Farid Naib attaching cancellation letter of engagement between FNX and Financial Technology Partners of 9/12/02 | 3/6/2004 | 9 | FNX 00911-2 |
| 10 | | | | Email to Steve McLaughlin; copied to Philip Bell and Farid Naib from Farid Naib regarding McLaughlin's email response to FNX cancellation letter | 3/14/2004 | 10 | FNX 00914-5 |
| 11 | | | | Email to Philip Bell; copied to Tim Wolfe from Steve McLaughlin regarding telephone conversation with Dave Young at Conning | 10/16/2002 | 11 | FT PARTNERS 68492-4 |
| 12 | | | | Email to Steve McLaughlin; copied to Farid Naib from Philiip Bell re formal negotiations with Conning [Redacted] | 11/27/2002 | 12 | FT PARTNERS 69979 |
| 13 | | | | Email to Tim Wolfe and Steve McLaughlin from Philip Bell attaching term sheet exhibit A and referencing Conning Series B term sheet | 11/14/2002 | 13 | FT PARTNERS 62908-14 |
| 14 | | | | Email to Steve McLaughlin and Tim Wolfe from Philip Bell attaching discussion points regarding Conning Deal | 11/27/2002 | 14 | FT PARTNERS 56555-58 |
| 15 | | | | Email to Farid Naib and Philip Bell; copied to Tim Wolfe from Steve McLaughlin regarding Conning Series B Term Sheet with FT Partners comments | 3/12/2003 | 15 | FNX 00277-82 |

| 16 | | | | Email to Philip Bell from Steve McLaughlin from attaching Amendment to Letter (Conning) | 6/18/2003 | 16 | FT PARTNERS 04059-61 |
|----|--|--|--|----|----|----|----|
| 17 | | | | Email to Steve McLaughlin from Philip Bell attaching FNX/FTP Waiver Letter | 6/19/2003 | 17 | FT PARTNERS 04152-5 |
| 18 | | | | Email to Philip Bell from Steve McLaughlin referencing FTP Eng Letter Amendment [Redacted] | 6/20/2003 | 18 | FT PARTNERS 37184-5 |
| 19 | | | | Email to Farid Naib from Steve McLaughlin re termination letter | 3/14/2004 | 19 | FNX 00920-3 |
| 20 | | | | Email to Philip Bell and Farid Naib from Steve McLaughlin regarding termination of relationship | 3/7/2004 | 20 | FNX 00913-5 |
| 21 | | | | Email to Steve McLaughlin from Tim Wolfe attaching email string and forecasted billings | 6/19/2003 | 21 | FT PARTNERS 37686-8 |
| 23 | | | | Email to Farid Naib and Philip Bell from Steve McLaughlin giving update | 4/8/2003 | 23 | FNX 00296 |
| 24 | | | | Email to Steve McLaughlin from Farid Naib regarding funding from Conning and Trident issues.  Also noting that Phil left 8/9 | 8/17/2004 | 24 | FNX 00937 |
| 25 | | | | Calendar page for March 2004 with notation of meeting with Conning on 3/25/04 | | 25 | FNX 01502 |
| 26 | | | | Email to Manu Rana and George Doherty from Farid Naib forwarding 3/14/04 email from Steve McLaughlin and noting "gentlemen's agreement" (Only if MIL No. 2 not granted) | 8/23/2004 | 26 | FNX 00964-7 |

| 27 | | | | Email to Steve McLaughlin; blind copy to David Schulman from Farid Naib countering offer made by McLaughlin on 8/24/04 | 8/25/2004 | 27 | FNX 00976-7 |
| 29 | | | | Email to Steve McLaughlin from Farid Naib scheduling time to discuss separation | 3/17/2004 | 29 | FT PARTNERS 03733-7 |
| 30 | | | | Email to Steve McLaughlin from Farid Naib regarding Trident conversation | 8/18/2004 | 30 | FNX 00938 |
| 31 | | | | Email to Farid Naib from Steve McLaughlin  regarding fee owed from FNX for Trident transaction | 8/18/2004 | 31 | FNX 00939 |
| 32 | | | | Email to Steve McLaughlin from Farid Naib stating that they will delay funding from Trident | 8/18/2004 | 32 | FNX 00940-1 |
| 33 | | | | Email to Steve McLaughlin from Farid Naib discussing scenarios to pay monies owed to FTP | 8/18/2004 | 33 | FNX 00942-4 |
| 34 | | | | Email to Steve McLaughlin; copies to Farid Naib, David Schulman, Art Balzereit from Farid Naib | 8/20/2004 | 34 | FNX 00950-2 |
| 35 | | | | Email to Steve McLaughlin from Farid Naib | 8/22/2004 | 35 | FNX 00957-61 |
| 36 | | | | Email to Manu.Rana@LazardTP.com, George_Doherty@conning.com, David Young; copied to David Schulman from Farid Naib describing FTP's recent offer | 8/25/2004 | 36 | FNX 00975 |
| 37 | | | | Email to Farid Naib from Steve McLaughlin regarding FTP Compensation | 7/20/2003 | 37 | FT PARTNERS 04029-32 |

| 38 | | | | Fax to Farid Naib from Tim Wolfe enclosing engagement letter | 9/23/2002 | 38 | FT PARTNERS 02287-92 |
|---|---|---|---|---|---|---|---|
| 39 | | | | Redacted letter from Steve McLaughlin confirming arrangements as financial advisor. | 5/28/2002 | 39 | FT PARTNERS 73281-5 |
| 40 | | | | Redacted letter from Steve McLaughlin confirming arrangements as financial advisor. | | 40 | FT PARTNERS 73276-80 |
| 41 | | | | Redacted letter from Steve McLaughlin confirming arrangements as financial advisor. | | 41 | FT PARTNERS 73286-9 |
| 42 | | | | Redacted engagement letter from Steve McLaughlin | 9/5/2002 | 42 | FT PARTNERS 73290-94 |
| 43 | | | | Redacted engagement letter from Steve McLaughlin | 1/10/2003 | 43 | FT PARTNERS 73270-5 |
| 44 | | | | Financial Technology Partners Presentation to FNX Ltd. With handwritten notations | 10/4/2002 | 44 | FT PARTNERS 03431-48 |
| 45 | | | | Email to Tim Wolfe from Philip Bell re FNX Fundraising Update and attaching update | 10/4/2002 | 45 | FT PARTNERS 69002-4 |
| 46 | | | | Email to Tim Wolfe from Steve McLaughlin re investigating GL Trade for FNX | 10/31/2002 | 46 | FT PARTNERS 65627 |
| 49 | | | | Email to Steve McLaughlin; copied to Farid Naib from Philip Bell re issues with Conning offer | 11/27/2002 | 49 | FT PARTNERS 56563 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | | | | Email to Tim Wolfe and chchoel@gltrade.fr; copied to Steve McLaughlin, Zeke Navar and Nlevy@gltrade.fr from Charles Henry regarding FT Partners Acquisition Opportunity | 1/15/2003 | 51 | FT PARTNERS 04693 |
| 52 | | | | Email to Steve McLaughlin from Michael Coelho attaching buyer list | 3/6/2003 | 52 | FT PARTNERS 44990-5029 |
| 53 | | | | Email to Steve McLaughlin from Farid Naib re meeting in PA 3/11/03 | 3/10/2003 | 53 | FNX 00272-5 |
| 54 | | | | Email to Steve McLaughlin from Tim Wolfe regarding Apax Conference Call | 3/16/2003 | 54 | FT PARTNERS 44682-3 |
| 55 | | | | Email to Farid Naib; copied to Tim Wolfe from Steve McLaughlin re FNX/Trident Capital Meeting | 5/31/2003 | 55 | FNX 00313-5 |
| 56 | | | | Email to Steve McLaughlin from Farid Naib re Accenture Negotiations | 5/22/2003 | 56 | FNX 00309-10 |
| 57 | | | | Email to Steve McLaughlin from Woody Marshall re FNX | 5/29/2003 | 57 | FT PARTNERS 40617 |
| 58 | | | | Email to Philip Bell; copied to Tim Wolfe from Steve McLaughlin re FNX/Trident Bridge draft | 6/19/2003 | 58 | FNX 00357-72 |
| 59 | | | | Email to Philip Bell from Steve McLaughlin attaching FTP engagement letter amendment | 6/26/2003 | 59 | FT PARTNERS 04042-4 |
| 60 | | | | Email to Steve McLaughlin from Farid Naib re proposed letter to Conning | 7/1/2003 | 60 | FNX 00490-2 |

| 61 | | | | Email to Venetia Kontogouris, Kishore Rao, Howard Zeprum and Woody Marshall; copied to Philip Bell, Farid Naib and David Schulman from Steve McLaughlin | 7/1/2003 | 61 | FNX 00512 |
|---|---|---|---|---|---|---|---|
| 62 | | | | Email to Farid Naib from Steve McLaughlin attaching Conning Redline | 7/1/2003 | 62 | FT PARTNERS 35297-301 |
| 63 | | | | Email to Farid Naib from Steve McLaughlin regarding FTP fees | 7/16/2003 | 63 | FNX 00544 |
| 64 | | | | Email to Steve McLaughlin from Tim Wolfe re DT | 7/16/2003 | 64 | FT PARTNERS 32952-7 |
| 65 | | | | Email to Farid Naib from Steve McLaughlin re draft compensation slides for Trident | 7/29/2003 | 65 | FT PARTNERS 29200-1 |
| 67 | | | | Email to Steve McLaughlin ;copied to Farid Naib and Philip Bell, from Farid Naib re Imagine | 10/15/2003 | 67 | FT PARTNERS 24071-2 |
| 68 | | | | Email to Steve McLaughlin; copied to Tim Wolfe from Collin Cohen re FNX/Menlo Ventures | 10/29/2003 | 68 | FT PARTNERS 19152-3 |
| 70 | | | | Email to Steve McLaughlin from Tim Wolfe attaching FNX PE list | 11/5/2003 | 70 | FT Partners 17549-55 |
| 71 | | | | Email to Farid Naib from Steve McLaughlin re Capital raise and buy side | 12/24/2003 | 71 | FNX 00827-8 |
| 72 | | | | Email to Steve McLaughlin from Philip Bell re TA offer | 1/22/2004 | 72 | FT PARTNERS 05603-5 |
| 74 | | | | Email to Tim Wolfe from Steve McLaughlin re FNX | 2/5/2004 | 74 | FT PARTNERS 05303-4 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 79 | | | | FTP's FNX itemized expenses | | 79 | |
| 80 | | | | Financial Technology Partners L.P.'s Responss to FNX Limited's and Farid Naib's Requests for Admission; set one | 9/14/2007 | 80 | |
| 81 | | | | Financial Technology Partners L.P.'s Responss to FNX Limited's and Farid Naib's Interrogatories; Set One | 9/14/2007 | 81 | |
| 82 | | | | Verification of Steven McLaughlin | 9/30/2007 | 82 | |
| 83 | | | | Email to Philip Bell, Farid Naib; copied to Steve McLaughlin and Zeke Navar, from Tim Wolf attaching Potential Partner List | 11/27/2002 | 83 | FNX 00159-62 |
| 84 | | | | Confidential Information Memorandum | | | FT PARTNERS 49813-49910 |
| 85 | | | | Exemplar Financial Model | | | FT Partners 50011 - 50572 |
| 86 | | | | Conning Term Sheet with attachment | | | FT PARTNERS 02282-2286 |
| 87 | | | | Management Presentation | | | FT PARTNERS 1456-1517 |
| 88 | | | | Management Presentation | | | FT PARTNERS 1518-1571 |
| 89 | | | | Due Diligence Package | | | FT Partners 1572-2060 |
| 90 | | | | Email chain regarding Trident Fee | | | FNX 684-687 |
| 91 | | | | Email chain regarding capital rise and buy side | | | FNX 827 - 828 |

| 92 | | | | Secured convertible notes from Trident | | | FNX 1150 - 1186 |
|---|---|---|---|---|---|---|---|
| 93 | | | | Conning-Lazard Transactions documents | | | FNX 01280 - 01493 |
| 94 | | | | Email attaching draft waiver letter | | | FT PARTNERS 04059-61 |
| 95 | | | | Email attaching draft waiver letter | | | FT PARTNERS 04045-04047 |
| 96 | | | | Email and Conning term sheet | | | FT PARTNERS 69935 - 69941 |
| 97 | | | | Email and Conning term sheet | | | FT PARTNERS 69948 - 69951 |
| 98 | | | | Financial Technology Partners L.P. FNX Itemized Expenses | | | FT PARTNERS 73442-51 |
| 99 | | | | FNX Disbursement Instructions from GL Trade Sale | | | C0002089 |
| 100 | | | | Worksheet for Proceeds to Series A and Common | | | C0002096 |
| 101 | | | | GL Trade-FNX Merger Agreement | | | DL 1131 - 1336 |
| 102 | | | | Check number 6105 to FTP from Farid A. Naib, memo line noting "Expenses" | 4/30/2009 | | |
| 103 | | | | FT Partners Receipts | | | FT PARTNERS 73270-73441 |

| 104 | | | | Email chain regarding GL Trade | 11/17/2002 | | FT PARTNERS 05243-44 |
|---|---|---|---|---|---|---|---|