IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL TECHNOLOGY PARTNERS L.P.,

    Plaintiff,

v.

FNX LIMITED, FARID NAIB, and DOES 1-20

    Defendants.

No. C 07-01298 JSW

**COURT'S PROPOSED SPECIAL VERDICT FORM**

**Breach of Contract Claims**

1. Do you find by a preponderance of the evidence that Defendants breached their obligation under the Advisory Agreement to pay a fee in connection with funds received from Trident Capital to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 1, proceed to Question 3.*)

2. If you answered yes to Question 1, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 1, do not answer any more questions or award any more damages relating to Trident Capital under FT Partners' remaining claims.*)

3. Do you find by a preponderance of the evidence that Defendants breached their obligation under the Advisory Agreement to pay a fee in connection with the Conning Lazard transactions to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 3, proceed to Question 5.*)

    4.    If you answered yes to Question 3, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 3, do not answer any more questions or award any more damages relating to the Conning Lazard transactions under FT Partners' remaining claims.*)

    5.    Do you find by a preponderance of the evidence that Defendants breached their obligation under the Advisory Agreement to pay a delayed retainer to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 5, proceed to Question 7.*)

    6.    If you answered yes to Question 5, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 5, do not answer any more questions or award any more damages relating to any delayed retainer under FT Partners' remaining claims.*)

    7.    Do you find by a preponderance of the evidence that Defendants breached their obligation under the Advisory Agreement to pay a fee to FT Partners upon the sale of FNX to GL Trade to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 7, proceed to Question 9.*)

    8.    If you answered yes to Question 7, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 7, do not answer any more questions or award any more damages relating to the sale of FNX to GL Trade under FT Partners' remaining claims.*)

**Breach of the Covenant of Good Faith and Fair Dealing Claims.**

(*If you answered yes to Question 1, then proceed to Question 11.*)

    9.    Do you find by a preponderance of the evidence that Defendants breached the covenant of good faith and fair dealing by failing to pay a fee in connection with funds received from Trident Capital to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 9, proceed to Question 11.*)

    10.    If you answered yes to Question 9, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 9, do not answer any more questions or award any more damages relating to Trident Capital under FT Partners' remaining claims.*)

(*If you answered yes to Question 3, then proceed to Question 13.*)

    11.    Do you find by a preponderance of the evidence that Defendants breached the covenant of good faith and fair dealing by failing to pay a fee in connection with the Conning Lazard transactions to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 11, proceed to Question 13.*)

    12.    If you answered yes to Question 11, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 11, do not answer any more questions or award any more damages relating to the Conning Lazard transactions under FT Partners' remaining claims.*)

(*If you answered yes to Question 5, then proceed to Question 15.*)

    13.    Do you find by a preponderance of the evidence that Defendants breached the covenant of good faith and fair dealing by failing to pay a delayed retainer to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 13, proceed to Question 15.*)

3

14.     If you answered yes to Question 13, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 13, do not answer any more questions or award any more damages relating to any delayed retainer under FT Partners' remaining claims.*)

(*If you answered yes to Question 7, then proceed to Question 17.*)

15.     Do you find by a preponderance of the evidence that Defendants breached the covenant of good faith and fair dealing by failing to pay a fee to FT Partners upon the sale of FNX to GL Trade to FT Partners?

Answer Yes or No _____

(*If you answered no to Question 15, proceed to Question 17.*)

16.     If you answered yes to Question 15, what amount of damages do you award FT Partners? _____

(*If you answered yes to Question 15, do not answer any more questions or award any more damages relating to the sale of FNX to GL Trade under FT Partners' remaining claims.*)

4

**Claims for Common Count of Goods and Services Rendered**

(*If you answered yes to Questions 1 or 9, then proceed to Question 19.*)

17. Do you find by a preponderance of the evidence that FT Partners has demonstrated that Defendants owe FT Partners for reasonable value of its services in connection with funds received from Trident Capital?

Answer Yes or No _____

(*If you answered no to Question 17, proceed to Question 19.*)

18. If you answered yes to Question 17, what amount of damages do you award FT Partners? _____

(*If you answered yes to Questions 3 or 11, then proceed to Question 21.*)

19. Do you find by a preponderance of the evidence that FT Partners has demonstrated that Defendants owe FT Partners for reasonable value of its services in connection with funds received from the Conning Lazard transactions?

Answer Yes or No _____

(*If you answered no to Question 19, proceed to Question 21.*)

20. If you answered yes to Question 19, what amount of damages do you award FT Partners? _____

(*If you answered yes to Questions 5 or 13, then proceed to Question 23.*)

21. Do you find by a preponderance of the evidence that FT Partners has demonstrated that Defendants owe FT Partners for reasonable value of its services in connection with a delayed retainer?

Answer Yes or No _____

(*If you answered no to Question 21, proceed to Question 23.*)

22. If you answered yes to Question 21, what amount of damages do you award FT Partners? _____

5

(*If you answered yes to Questions 7 or 15, please sign, date and return this the form to the clerk or court security officer.*)

23. Do you find by a preponderance of the evidence that FT Partners has demonstrated that Defendants owe FT Partners for reasonable value of its services in connection with the sale of FNX to GL Trade?

Answer Yes or No _____

(*If you answered no to Question 23, please sign, date and return this the form to the clerk or court security officer 25.*)

24. If you answered yes to Question 23, what amount of damages do you award FT Partners? _____

(*Please sign, date and return this the form to the clerk or court security officer.*)

Dated: _____, 2009                    _____
                                                                            SIGNATURE OF FOREPERSON

**IT IS SO ORDERED.**

Dated: July 6, 2009                                   _____
                                                                            JEFFREY S. WHITE
                                                                            UNITED STATES DISTRICT JUDGE