1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  Ramiz I. Rafeedie (SBN 215070)
3  Ramiz.Rafeedie@klgates.com
   **K&L GATES LLP**
4  Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
5  Telephone:    415.882.8200
6  Facsimile:    415.882.8220

7  Attorneys for Financial Technology Partners L.P.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | FINANCIAL TECHNOLOGY PARTNERS L.P.,   Case No.  C 07 1298 JSW
   | a Delaware Limited Partnership,
13
                                          [PROPOSED] ORDER
14              Plaintiff,

15      vs.

16 | FNX LIMITED, a Pennsylvania Corporation,
   | FARID NAIB, an individual, and Does 1-10,
17
18              Defendants.

19
20
21
22
23
24
25
26
27
28

SF-188688 v1

1   Having considered the Plaintiff FT Partners' Motion to Enlarge Time to File Prejudgment
2   Interest Brief by One Week and good cause appearing therefor,
3   **IT IS HEREBY ORDERED** that the briefing schedule shall be revised as follows:
4   Plaintiff's Opening Brief Due:        July 30, 2009
5   Defendants' Opposition Brief Due:  August 13, 2009
6   Plaintiff's Reply Brief Due:          August 20, 2009
7   It is FURTHER ORDERED that the accrual of any prejudgment interest is stayed during this one week extension.

Dated: July 21, 2009          By: *Jeffrey S. White*
                              HON. JEFFREY S. WHITE
                              by Hon. Thelton E. Henderson

[PROPOSED] ORDER
Case No. C 07 1298 JSW