**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., <br><br> Plaintiff, <br><br> v. <br><br> FNX LIMITED, FARID NAIB, and DOES 1-20 <br><br> Defendants. | No. C 07-01298 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW** |

This matter is set for a hearing on November 13, 2009 at 9:00 a.m. on the motion to for judgment as a matter of law filed by Defendants FNX Limited and Farid Naib ("Defendants"). Plaintiff's opposition brief to the motion shall be filed by no later than October 15, 2009 and a reply brief, if any, shall be filed by no later than October 22, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE