IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P., <br><br> Plaintiff, <br><br> v. <br><br> FNX LIMITED, FARID NAIB, and DOES 1-20 <br><br> Defendants. | No. C 07-01298 JSW <br><br> **AMENDED JUDGMENT** |

Pursuant to the jury verdict rendered on July 10, 2009 and this Court's Order on prejudgment interest, judgment is hereby entered in favor plaintiff Financial Technology Partners, L.P. ("FT Partners") as follows:

(1) $120,000 on its breach of contract claim regarding defendant FNX Limited ("FNX")'s obligation to pay fees in connection with the Trident Capital financing and prejudgment interest of two percent per month starting on July 1, 2003 for this award;

(2) $100,000 on its breach of contract claim regarding FNX's obligation to pay a delayed retainer and prejudgment interest of two percent per month starting on August 30, 2004 for this award;

(3) $400,000 for FNX's breach of the implied covenant of good faith and fair dealing by failing to pay a fee in connection with the Conning-Lazard transaction, but no prejudgment interest on this award; and

(4) $200,000 under the common count claim for the reasonable value of FT Partners' services in connection with the sale of FNX to GL Trade, but no prejudgment interest on this award.

**IT IS SO ORDERED AND ADJUDGED *NUNC PRO TUNC* TO SEPTEMBER 25, 2009.**

Dated: October 2, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2