**United States District Court**
For the Northern District of California

1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 FINANCIAL TECHNOLOGY PARTNERS L.P.,
10                                  No. C 07-01298 JSW
               Plaintiff,
11
    v.
12                                 **ORDER VACATING HEARING DATE**
FNX LIMITED, FARID NAIB, and DOES 1-20
13
14              Defendants.
15 _____/
16        Defendant's motion for judgment as a matter of law in the above captioned matter is
17 currently set for hearing on Friday, November 13, 2009 at 9:00 a.m.  This matter is now fully
18 briefed and ripe for decision.  The Court finds that this matter is appropriate for disposition
19 without oral argument and the matter is deemed submitted.  *See* N.D. Civ. L.R. 7-1(b).
20 Accordingly, the hearing set for November 13, 2009 is HEREBY VACATED.
21        **IT IS SO ORDERED.**
22
23 Dated: November 12, 2009                  _____
24                             JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California