IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>FNX LIMITED, FARID NAIB, and DOES 1-20<br><br>    Defendants.<br>_____/ | No. C 07-01298 JSW<br><br>**SECOND AMENDED JUDGMENT** |

Pursuant to the jury verdict rendered on July 10, 2009, this Court's Order on prejudgment interest, and this Court's Order on Defendants' motion for judgment as a matter of law, judgment is hereby entered in favor of defendants FNX Limited ("FNX") and Farid Naib (collectively, "Defendants") and against plaintiff Financial Technology Partners, L.P. ("FT Partners") on FT Partners' claims regarding the Conning-Lazard transaction and the sale of FNX to GL Trade. Judgment is entered in favor of FT Partners and against Defendants as follows:

(1) $120,000 on its breach of contract claim regarding defendant FNX Limited ("FNX")'s obligation to pay fees in connection with the Trident Capital financing and prejudgment interest of two percent per month starting on July 1, 2003 for this award; and

///
///
///

(2)  $100,000 on its breach of contract claim regarding FNX's obligation to pay a delayed retainer and prejudgment interest of two percent per month starting on August 30, 2004 for this award.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE