IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY PARTNERS L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>FNX LIMITED, FARID NAIB, and DOES 1-20<br><br>    Defendants.<br>_____/ | No. C 07-01298 JSW<br><br>**ORDER DIRECTING PARTIES TO FILE AUTHORITY REGARDING THE PREVAILING PARTY** |

The Court notes that both parties have filed bills of costs, claiming that they are the prevailing party. The Court is inclined to find that neither party prevailed in this action and to order the parties to bear their own costs. However, in the interest of fairness, the Court will permit the parties to file briefs on this issue. By no later than December 24, 2009, Plaintiff and Defendants may each file briefs, no longer than five pages, on the issue of who is the prevailing party in this action.

**IT IS SO ORDERED.**

Dated: December 10, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE